# EXHIBIT 48

Ace Appliance Service Invoice for Hirst Dryer Dated October 28, 2016

*Sara Hirst and Donald Hirst on behalf of themselves and all others similarly situated, Plaintiffs v. Whirlpool Corporation, Defendant*; In the United States District Court for the Eastern District of Michigan

# Ace Appliance Service
## INVOICE

**3724 Airport Hwy.  Toledo, Ohio 43615**
www.aceapplianceinc.com

| | | |
|---|---|---|
| North (419) 727-1179 | South (419) 382-6077 | Bowling Green (419) 352-9700 |
| East (419) 698-9695 | West (419) 478-8774 | Perrysburg (419) 874-0500 |
| Temperance / Lambertville (734) 847-1066 | Waterville / Whitehouse (419) 878-4936 | Monroe Michigan (734) 241-3384 |

**INVOICE/SERVICE NO.:** 351853
**CURRENT DATE:**
**DATE SERVICE CALL WAS TAKEN:**

### Billing Address
**NAME:** WPL Warranty
**ADDRESS:**
**CITY, STATE, ZIP:**
**HOME PHONE NO.:**
**SECONDARY PHONE NO.:**
**CONTACT PERSON:**

### Service Address
**NAME:** Hirst, Shara
**ADDRESS:** 1650 S. Rosinville Rd.
**CITY, STATE, ZIP:** Monroe, MI
**TROUBLE REPORTED:** Smoking / smell

**TYPE:** Dryer
**BRAND:** WPL
**MODEL #:**
**SERIAL #:**
**MFG OR BM #:**

**SERVICE PERFORMED:** Lint heat event. Cleaned lint from unit + ran test. No issues found. No gas leaks found. Vent is long.

30
40
50

**PRIMARY TECH:** Brian
**COMPLETED DATE:** 10/28/16

Water line(s): Gas — Steel ✓

**CUSTOMER SIGNATURE:** X Don Hirst (signed)
**CUSTOMER SIGNATURE:** X Don Hirst (signed)

All Labor and service calls have a 30-day guarantee. See our lifetime detailed parts coverage list and guarantee @ WWW.ACEAPPLIANCEINC.COM. Any customer who repairs their own appliance after receiving an estimate from Ace, who is still having problems with their appliance, must call a factory-authorized company for a second estimate. If the factory-authorized company states in writing that Ace misdiagnosed the appliance, Ace will refund the customer 100% of the service call within five working days. Ace will not go back on any call that was worked on by anyone other than an Ace-certified technician. This warranty DOES NOT include self-abuse, overloading, acts of God, electrical power surges, or water flooding. We do not guarantee food loss, flooring, refrigerant leaks, natural gas, propane leaks, or icemaker water lines. All leaking icemaker water lines must be repaired or replaced by a licensed plumber. Ace recommends all plastic or nylon water lines to be converted to Braided Stainless Steel or copper. Natural Gas and propane lines on Ranges & Dryers are recommended to be replaced every five years due to potential leaks occurring. No refunds on deposits for special-order parts. The customer is responsible for contacting any extended warranty company they may have. Ace does not bill any warranty company that is not approved by Ace. Any parts that are not manufactured by the factory or are no longer available will not be covered under the lifetime warranty, and no refunds will be issued by Ace Appliance. Any MasterCard, Visa, or Discover charges must be contested within 20 days of service or charges cannot be reversed. Ace will provide billing or repair information to the owner of the appliance and/or the individual that signed the invoice and paid for the repair. Any other person must have a notarized statement from the homeowner to release information due to confidentiality laws.

Acceptance of service performed: The above prices, specifications, and conditions are satisfactory and are hereby accepted. You are authorizing Ace to do the work as specified. Payment will be made as outlined. By the signature below, the signer represents that they have thoroughly read this agreement and are owner or authorized corporate office for the above-named business who authorized to obligate the above named business to pay for provided services, and if the company fails to fulfill its obligations, then the below signed shall be personally liable and hereby personally guarantees payment.

Your signature on this contract enters you into a non-disparagement agreement with Ace Appliance. "Disparage" shall mean any negative statements, reviews, comments, or feedback, whether written or verbal, about Ace Appliance Parts Inc, companies, services and employees. Ace will have the legal right to recover any damages in the amount of $850.00. This will include all written or electronic communication, whether email, text message, posts, use of Yelp, LinkedIn, Facebook, Google, Yahoo, any online website, or any other form of social media.

Signature above constitutes acceptance of above work as being satisfactory and that equipment has been left in good condition.

| | SUB TOTAL | |
|---|---|---|
| | SHIPPING / HANDLING | |
| | TOTAL PARTS | |
| | DIGNSIS | |
| | LABOR | |
| | SUB TOTAL | |
| | SALES TAX | |
| | GRAND TOTAL | |
| | DEP/DEDUCT | |
| | **BALANCE** | |

Initial when posted to sales journal
Payroll Initial
Archived Bankcard

PAY $
Tech.
Approved by