UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Sara Hirst,

       Plaintiff,                    Case No. 17-12067
                                             Hon. Terrence G. Berg

v.

Whirlpool Corporation,

       Defendant.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                                s/Terrence G. Berg
                                               TERRENCE G. BERG
                                               UNITED STATES DISTRICT JUDGE

Dated:  November 30, 2017

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 30, 2017, by electronic means and/or ordinary mail.

                                                 s/A. Chubb
                                               CASE MANAGER
                                               (313) 234-2644